IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 1:20-cv-02411-CMA-MEH

EUGENE F. MARTINEZ, JR.,

    Plaintiff,

v.

MRS. MITZEL, *et al.*,

    Defendants.

_____

**ORDER ADOPTING AND AFFIRMING OCTOBER 4, 2022, RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

    This matter is before the Court on the November 14, 2023, Recommendation of United States Magistrate Judge (Doc. # 107), wherein Magistrate Judge Michael E. Hegarty recommends that Plaintiff's Motion to Reopen Case (Doc. # 105) be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Court affirms and adopts the Recommendation for the following reasons.

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 107 at 1 n.1.) Despite this advisement, no objection to Magistrate Judge Hegarty's Recommendation has been filed.

    "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the

district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")).

After reviewing the Recommendation of Magistrate Judge Hegarty, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- The November 14, 2023, Recommendation of United States Magistrate Judge (Doc. # 107) is AFFIRMED and ADOPTED as an order of this Court; and
- The Clerk is directed to REOPEN this civil action for further proceedings.

DATED:  December 6, 2023

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge